NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5111

L-3 COMMUNICATIONS EOTECH, INC.,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellee,

v.

AIMPOINT, INC.,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in 08-CV-515,
Judge Lynn J. Bush.

ON MOTION

ORDER

Upon consideration of the United States' unopposed motion for a seven-day extension of time, until February 5, 2009, to file its response to the pending motion to dismiss,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 1 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 0 2009

JAN HORBALY
CLERK

cc: W. Jay Devecchio, Esq.
    Lawrence P. Block, Esq.
    Roger A. Hipp, Esq.
s19